# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2015

## NO. 03-14-00231-CV

**Stephanie Hoskins Brown, Appellant**

**v.**

**Chief Wayne Nero, Paul E. Brandenburg, Elizabeth Jones and
The City of Georgetown, Appellees**

**APPEAL FROM 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
AFFIRMED IN PART; REVERSED AND REMANDED IN PART –
OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on March 28, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the portion of the court's order granting the appellees' plea to the jurisdiction on appellant's request for reinstatement with back pay and benefits. However, the Court holds that there was reversible error in the trial court's order in all other respects. Therefore, the Court affirms the portion of the trial court's order granting the appellees' plea to the jurisdiction on appellant's request for reinstatement with back pay and benefits, reverses the trial court's order in all other respects, and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.